| | |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE WESTERN DISTRICT OF NORTH CAROLINA | |
| In re<br>Jason Michael Pool and wife<br>Jennifer Ann Pool<br>      Debtor | Case No: 17-30860<br>Adv No: 17-3086 |
| Harold Blackwelder and Bestway Realty, Inc.<br>      Plaintiffs,<br><br>vs<br><br>Jason Michael Pool and wife<br>Jennifer Ann Pool<br>      Defendant | NOTICE OF HEARING |

     A hearing will be held to consider the Plaintiff's Motion for Summary Judgment on **December 11, 2017 at 9:30 a.m.** at the United States Federal Courthouse, 401 West Trade Street, Charlotte, North Carolina. No further notice of this hearing will be given. All interested parties may attend and be heard. If you do not oppose Motion you do not have to attend. If you or your attorney do not take these proper steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting the requested relief.

     This the 14th day of November, 2017.

                           /s/ Brian P. Hayes
                           FERGUSON, HAYES, HAWKINS & DEMAY, PLLC
                           Brian P. Hayes
                           Attorney for Plaintiff
                           N.C. Bar No. 27017
                           P.O. Box 444
                           Concord, North Carolina 28026-0444
                           (704) 788-3211

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and served the document upon the parties shown below:

| | |
|---|---|
| Terry M. Duncan<br>4801 East Independence Blvd<br>Ste 1100<br>Charlotte, NC 28212 | Langdon Cooper<br>PO Box 488<br>Gastonia, NC 28053-0488 |
| Jennifer Pool and Jason Pool<br>9281 Perseverance Dr.<br>Harrisburg NC 28075 | |

This the 14th day of November, 2017.

/s/ Brian P. Hayes  
FERGUSON, HAYES, HAWKINS & DEMAY, PLLC  
Brian P. Hayes  
Attorney for Plaintiff  
N.C. Bar No. 27017  
P.O. Box 444  
Concord, North Carolina 28026-0444  
(704) 788-3211